IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:03-cr-00059-MP-AK

JEROME WAYNE JOHNSON,

    Defendant.
_____/

**O R D E R**

This matter is before the Court Doc. 207, Motion for Writ of Mandamus, and Doc. 208 Motion for Leave to Appeal *In Forma Pauperis*, filed by Defendant Jerome Johnson. In his motion for a mandamus writ, Defendant states that he filed his motion to vacate under 18 U.S.C. § 2255 on July 19, 2006, and that to date no ruling been issued on his habeas petition. Because of this, Defendant requests a writ of mandamus compelling the Court to rule on his motion to vacate. Defendant's motion to vacate is currently pending before the Magistrate Judge, who explained to Defendant July 26, 2007, that "Defendant's motion to vacate is in line for decision behind many other older motions to vacate and will be considered in due time." Doc. 199. Considering that Defendant's motion to vacate, supporting memorandum, and exhibits comprise one hundred forty-nine pages of documents, the Court finds that the length of review of the habeas petition is not unreasonable. Furthermore, Rule 81(b) of the Federal Rules of Civil Procedure expressly abrogates the power of a District Court to issue mandamus writs. Therefore, Defendant's Motion for Writ of Mandamus is denied. In addition, the Court is unclear as to which order Defendant seeks appeal. Since there has been no final order in this case, Defendant's motion for leave to appeal *in forma pauperis* is denied as moot.

**ORDERED AND ADJUDGED:**

1. Defendant's Motion for Writ of Mandamus, Doc. 207, is denied.

2. Defendant's Motion for Leave to Appeal *In Forma Pauperis*, Doc. 208, is denied as moot.

**DONE AND ORDERED** this   *8th*  day of November, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
