IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:03-cr-59-MMP-AK

JEROME W. JOHNSON,

    Defendant.
_____/

### ORDER

This cause is before the Court on Defendant's motion to strike the Government's response to the Court's order directing it to provide appellate counsel's affidavit and supporting documents. Doc. 218; *see also* Doc. 212. In response to the Court's order, the Government re-submitted the unsworn letter from counsel which had previously been filed, but on this occasion, counsel swore to the contents of the letter and the attached documents under penalty of perjury. This is plainly sufficient to meet the Court's order. Defendant's motion, Doc. 218, is **DENIED**.

    **DONE AND ORDERED** this  *11th*  day of February, 2008.

                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**