IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      CASE NO. 1:03-cr-00059-MP-AK

JEROME WAYNE JOHNSON,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on a letter requesting clemency for the defendant, which has been filed as a Motion for Clemency, Doc. 227. This Court is without authority to grant requests for clemency. Therefore, the Motion for Clemency, Doc. 227, is DENIED.

    **DONE AND ORDERED** this   *2nd* day of March, 2010

                                      *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge