IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    CASE NO. 1:03-cr-00059-MP-AK

JEROME WAYNE JOHNSON,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Motion to Reopen Time to File Appeal by Jerome Wayne Johnson, Doc. 228. Mr. Johnson swears that the first notice he received that his Motion to Vacate had been denied arrived on December 10, 2009. On December 21, 2009, he filed a motion to re-open his time to file an appeal of that denial. Upon consideration, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Motion to Reopen Time to File Appeal, Doc. 228, is GRANTED.

2.     The Judgment on Motion to Vacate, Doc. 224, is WITHDRAWN.

3.     Mr. Johnson shall have until April 2, 2010 to appeal the order denying his motion to vacate, Doc. 223.

**DONE AND ORDERED** this __2nd__ day of March, 2010

                                    *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge