# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:03-cr-00059-MP-AK-1

JEROME WAYNE JOHNSON,

    Defendant.

_____/

## O R D E R

This matter is before the Court on defendant's motion (doc. 251) requesting that his current, twenty-year, sentence begin *nunc pro tunc* on June 25, 2003, the date of his previous five-year sentence in the Middle District of Florida. Defendant alleges that the NDFL conviction is from the "same course of conduct" as his MDFL conviction. *See* U.S.S.G. § 1B1.3 (2) (determination of "relevant conduct" depends upon whether the acts were part of the *same course of conduct* or common scheme or plan as the instant offense). The government has responded and opposes the instant motion.

Nothing in the current motion supports reconsideration of the conclusion that defendant's MDFL conviction was not relevant conduct to his NDFL conviction. (*See* doc 157 at 43). This decision was affirmed by the United States Court of Appeals for the Eleventh Circuit. (*See* doc 188). As such, defendant is not entitled to the requested relief.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

Defendant's motion for sentence to begin *nunc pro tunc* on June 25, 2003 (doc. 251) is DENIED.

**DONE AND ORDERED** this   2nd  day of April, 2013

                         *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge